1  NATHAN GOLDBERG (SBN 61292)
   ngoldberg@amglaw.com
2  JOHN S. WEST (SBN 102034)
   jwest@amglaw.com
3  ALLRED, MAROKO & GOLDBERG
   6300 Wilshire Boulevard, Suite 1500
4  Los Angeles, California 90048-5217
   Telephone: (323) 653-6530
5  Facsimile: (323) 653-1660

6  Attorneys for Plaintiff Monica Amestoy

9            UNITED STATES DISTRICT COURT
10            CENTRAL DISTRICT OF CALIFORNIA

12 MONICA AMESTOY,                    )  CASE NO: CV13-09084-MWF (AJWx)
                                      )
13          Plaintiff,                )
                                      )  **STIPULATION OF DISMISSAL**
14     vs.                            )  **WITH PREJUDICE**
                                      )  [FRCP 41(a)(1)(A)(ii)]
15 UNITED AIRLINES, a subsidiary or   )
   entity otherwise related to UNITED )
16 CONTINENTAL HOLDINGS, INC., a      )
   corporation and DOES 1 through 100,)
17 inclusive,                         )
                                      )
18          Defendants.               )
                                      )

20     IT IS HEREBY STIPULATED by and between plaintiff Monica Amestoy,
21 on one hand, and defendant United Airlines, on the other hand, through their
22 respective counsel of record, that the above-entitled action be dismissed with
23 prejudice upon the filing of this Stipulation with each party to bear her or its own
24 attorney's fees and costs pursuant to Rule 41(a)(A)(ii) of the Federal Rules of Civil
25 Procedure.
26 ///
27 ///
28 [STIPULATION CONTINUED ON NEXT PAGE]

1  This Stipulation has been executed by counsel for all parties who have
2  appeared.

3  Dated: February 2, 2015          ALLRED, MAROKO & GOLDBERG

4
5                                   By: _____
                                         John S. West
6                                   Attorneys for Plaintiff Monica Amestoy

7  Dated: February 2, 2015          CONDON & FORSYTH LLP

8
9                                   By: _____
                                         Ivy L. Nowinski
10                                  Attorneys for Defendant United Airlines