UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA AMESTOY, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UNITED AIRLINES, a subsidiary or entity otherwise related to UNITED CONTINENTAL HOLDINGS, INC., a corporation and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No. CV13-09084-MWF (AJWx)<br><br>**[PROPOSED] ORDER ON STIPULATION RE DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

Pursuant to the Stipulation of the Parties submitted concurrently herewith,

**IT IS HEREBY ORDERED** that Case No. CV13-09084- MWF (AJWx) is hereby dismissed with prejudice, with each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: _____, 2015　　_____

　　　　　　　　　　　　　　　　Hon. Michael W. Fitzgerald
　　　　　　　　　　　　　　　　United States District Judge