JS-6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MONICA AMESTOY, an individual, | ) | Case No. CV13-09084-MWF (AJWx) |
| Plaintiff, | ) ) | |
| vs. | ) ) | **ORDER ON STIPULATION RE DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** |
| UNITED AIRLINES, a subsidiary or entity otherwise related to UNITED CONTINENTAL HOLDINGS, INC., a corporation and DOES 1 through 100, inclusive, | ) ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

Pursuant to the Stipulation of the Parties submitted concurrently herewith,

**IT IS HEREBY ORDERED** that Case No. CV13-09084- MWF (AJWx) is hereby dismissed with prejudice, with each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED:  February 5, 2015

_____

Hon. Michael W. Fitzgerald
United States District Judge